LISA L. RUSSELL, Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
DEVON L. FLANAGAN, Senior Trial Attorney
ANGELA MO, Trial Attorney
KAMELA A. CASCHETTE, Trial Attorney
CHRISTIAN CARRARA, Trial Attorney
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Tel: (202) 305-0201 (Flanagan); (202) 514-1707 (Mo);
    (202) 305-0340 (Caschette); (202) 305-0217 (Carrara)
Email: Devon.Flanagan@usdoj.gov; Angela.Mo@usdoj.gov;
       Kamela.Caschette@usdoj.gov; Christian.Carrara@usdoj.gov
*Attorneys for Plaintiff United States*

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff,* v. VERNON D. MILLER, individually and d/b/a Dutch Creek Farm Animal Park, *Defendant*. | No. 1:24-cv-00448-HAB-SLC **JOINT MOTION TO ENTER THE CONSENT DECREE** |

Plaintiff, the United States of America, and Defendant, Vernon D. Miller, (collectively the "Parties") respectfully move this Court to enter the attached Consent Decree, resolving the Animal Welfare Act ("AWA") claims raised in Plaintiff's Complaint (ECF No. 1) in accordance with the terms of the attached agreement. *See* Attachment A. Counsel for Defendant has agreed to and signed the attached Consent Decree on behalf of Mr. Miller.

The Consent Decree will remain in effect for five years from the date of entry by the Court. *Id.* ¶ 25. It provides that Mr. Miller, having entered into an administrative Consent Decision with

USDA that terminated his U.S. Department of Agriculture ("USDA") license on January 24, 2025, will not apply for any USDA license or registration for at least two years. *Id.* at 3 and ¶ 5. At any time that he is unlicensed and unregistered, Mr. Miller will, *inter alia*, refrain from activity that would require a USDA license or registration, *id.* ¶ 6; consent to USDA inspectors or officers accessing his facility at any time and in any manner that members of the general public are invited onto the property so that USDA may monitor for compliance with the AWA and the Consent Decree, *id.* ¶ 7; and produce acquisition and disposition records for any dogs and wild and exotic animals to the United States every three months, beginning on April 1, 2025, *id.* ¶ 7(b). Mr. Miller may apply for a USDA license or registration on or after January 24, 2027. *Id.* ¶ 5. During any time that he holds a USDA license or registration, Mr. Miller shall comply with the recordkeeping and animal care requirements set forth in the Consent Decree, which pertain to veterinary care, facilities and enclosures, cleaning and sanitation, and food and water. *Id.* ¶ 9. The Consent Decree provides that the Court retains jurisdiction after dismissal to oversee compliance with the terms of the Consent Decree and to resolve any future motions to modify or enforce such terms. *Id.* ¶ 28.

      The Parties agree that the Consent Decree is a fair and reasonable resolution of this case and is in the public interest. Accordingly, the Parties respectfully request that the Court sign and enter the attached Consent Decree.

DATED: January 24, 2025                Respectfully submitted,

FOR PLAINTIFF THE UNITED STATES:

| | |
|---|---|
| TINA L. NOMMAY<br>ACTING UNITED STATES ATTORNEY | LISA L. RUSSELL<br>Deputy Assistant Attorney General<br>Environment & Natural Resources Division |

*/s/ Devon L. Flanagan*

| | |
|---|---|
| DIRK D. DE LOR<br>Assistant United States Attorney<br>Northern District of Indiana<br>5400 Federal Plaza, Suite 1500<br>Hammond, Indiana 46320<br>Telephone: 219-937-5500<br>Fax: 219-852-2770<br>E-Mail: Dirk.De.Lor@usdoj.gov | DEVON L. FLANAGAN<br>Senior Trial Attorney<br>KAMELA A. CASCHETTE<br>CHRISTIAN CARRARA<br>ANGELA MO<br>Trial Attorneys<br>Wildlife & Marine Resources Section<br>P.O. Box 7611, Ben Franklin Station<br>Washington, DC 20044-7611<br>devon.flanagan@usdoj.gov<br>kamela.caschette@usdoj.gov<br>christian.carrara@usdoj.gov<br>angela.mo@usdoj.gov<br>Phone: (202) 305-0201 (Flanagan)<br>(202) 305-0340 (Caschette)<br>(202) 305-0217 (Carrara)<br>(202) 514-1707 (Mo)<br>Fax: (202) 305-0275 |

*Attorneys for the United States of America*

FOR DEFENDANT VERNON D. MILLER:

J. Spencer Feighner, #27099-02
Travis S. Friend #15165-49
HallerColvin PC
444 East Main Street
Fort Wayne, Indiana 46802
jsf@hallercolvin.com
(260) 426-0444
(260) 422-0274 Fax number

*/s/ William C. White, II*
William C. White, II (ASB H70W6545)
Boles Holmes White, LLC
1929 Third Avenue North; Suite 500
Birmingham, AL 35203
wwhite@bhw.law

(205) 502-2000
(205) 847-1285

*Attorneys for Defendant Vernon D. Miller*